IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA       *
                               *
v.                             *     CR 612-018-04
                               *
JEFFERY JACKSON                *

O R D E R

On March 12, 2013, Defendant Jeffery Jackson pled guilty to a lesser included offense of Count I – conspiracy to distribute controlled substances. At sentencing, Jackson was determined to be a career offender under U.S.S.G. § 4B1.1 based on prior convictions. At present, Jackson has filed a letter motion, dated December 8, 2020, challenging his career offender status. Such an attack on the validity of his conviction must be done through a motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. Jackson, however, has already filed two § 2255 motions. He is therefore well aware that he cannot bring another § 2255 motion without authorization from the Eleventh Circuit Court of Appeals. See 28 U.S.C. §§ 2255, 2244(b)(3). Because Jackson has not acquired the necessary authorization to bring a successive § 2255 motion, this Court may not consider the merits of his motion.

See <u>Farris v. United States</u>, 333 F.3d 1211, 1216 (11th Cir. 2003) ("Without authorization, the district court lacks jurisdiction to consider a second or successive [§ 2255] petition.").

Upon the foregoing, Jackson's motion challenging the validity of his career offender status at sentencing (doc. 1433) must be **DISMISSED** for lack of jurisdiction.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of December, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA